# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHERYL CHAPLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CAUSE NO.: 3:14-CV-1718-TLS |
| | ) |
| KEYSTONE RV COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Stipulation of Dismissal [ECF No. 32], filed by the Plaintiff on January 26, 2016. The parties stipulate and agree that this cause of action can be dismissed with prejudice.

The Court, being duly advised, GRANTS the Stipulation of Dismissal [ECF No. 32]. The Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), DIRECTS the Clerk of this Court to DISMISS WITH PREJUDICE this cause of action. Each party will bear its own costs and attorneys' fees.

SO ORDERED on February 29, 2016.

                                                   s/ Theresa L. Springmann
                                                   THERESA L. SPRINGMANN
                                                   UNITED STATES DISTRICT COURT
                                                   FORT WAYNE DIVISION